

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2018

No. 04-18-00632-CV

Andrea **PEREZ**,
Appellant

v.

Santos **SPARKMAN**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2018-CV-0246
Honorable Robin V. Dwyer, Judge Presiding

# O R D E R

On August 16, 2018, the County Court at Law of Guadalupe County, Texas signed an Eviction Final Judgment against appellant, Andrea Perez, awarding appellee, Santos Sparkman, possession of a residence located at 125 Dandelion Trail, San Marcos, Guadalupe County, Texas. The county court also set supersedeas bond in the amount of $5,000. *See* TEX. PROP. CODE § 24.007 (West Supp. 2017). The judgment further ordered the trial court clerk to issue a writ of possession after the expiration of six (6) days from the signing of the judgment. On August 22, 2018, appellant filed a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in lieu of posting the supersedeas bond.

On September 6, 2018, appellant filed, in conjunction with her notice of appeal, a "Plea for Emergency Stay and Review of Excessive Supersedeas Bond," requesting this court: (1) to stay the writ of possession set to issue on September 7, 2018 and (2) to review the county court's setting of supersedeas bond in the amount of $5,000. *See* TEX. R. APP. P. 24.4. Appellant argues she "is unemployed and is the primary caregiver to the party's three year old son and unable to post a superseadeas bond in the amount of $5,000." We ultimately granted the "Plea for Emergency Stay and Review of Excessive Supersedeas Bond" to the extent that we ordered the writ of possession not to issue until further order of this court. *See* TEX. PROP. CODE § 24.007; TEX. R. APP. P. 24.4. At this time, a copy of the clerk's record and reporter's record have been filed. We therefore **ORDER** appellee, Santos Sparkman, to file a response to appellant's challenge to the amount of superseadeas bond ordered by the county court **on or before October 18, 2018.**

_____
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court